**Renee Imeh OKON, Plaintiff—Appellant,**

v.

**MONTGOMERY COUNTY COUNCIL; Montgomery County Department of Transportation; Washington Metropolitan Area Transit Authority, (WMATA); Valerie Ervin, Montgomery County Council President; Isiah Leggett, Montgomery County Executive; Joseph E. Godbout; Jeanie Godbout; Robert Medberry; Virginia Medberry; Steve Hayes, Real Estate Specialist; Shridhar Gondalekar, Architect; Patricia Via, Chief Litigator; Eileen Basaman, County Attorney; Paul Leonard, Associate Attorney; Cynthia Brenneman, Director of Real Estate; Timothy L. Firestine, Chief Administrative Officer; Maryland Transportation Authority, Defendants—Appellees.**

No. 11–2249.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 7, 2012.

Decided: Feb. 16, 2012.

Renee Imeh Okon, Appellant Pro Se. Patricia Lisehora Kane, Edward Barry Lattner, County Attorney's Office, Rockville, Maryland; Gerard J. Stief, Associate General Counsel, Washington, D.C.; Timothy Brooks Hyland, Mary C. Lombardo, Stein, Sperling Bennett, De Jong, Sriscoll & Greenfeig, PC, Rockville, Maryland; Eric Scott Hartwig, Maryland Transit Administration, Baltimore, Maryland, for Appellees.

Before WYNN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renee Imeh Okon appeals the district court's order dismissing this action alleging a violation of Title VI of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Okon v. Montgomery Cnty. Council,* No. 8:11–cv–01824–JFM (D.Md. Oct. 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*